```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCOIS DENIMAL et al.,

        Plaintiffs,

-against-

PRODIGY NETWORK, LLC, a Delaware limited liability company, and 1234 W. RANDOLPH NEWCO, INC., a Delaware corporation,

        Defendants.

1:20-cv-00968-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On March 29, 2021, Defendants filed a Suggestion of Bankruptcy and Notice of Automatic Stay [ECF No. 65], advising that on March 25, 2021, Defendants each filed a chapter 7 bankruptcy petition in the United States Bankruptcy Court for the District of Delaware, commencing Case Nos. 21-10611 (Prodigy Network, LLC) and 21-10614 (1234 Randolph NewCo, Inc.) (collectively, the "Bankruptcy Cases").

Accordingly, IT IS HEREBY ORDERED that this matter is automatically stayed pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, by reason of the filing of the bankruptcy petitions in the United States Bankruptcy Court for the District of Delaware under Case Nos. 21-10611 and 21-10614.

IT IS FURTHER ORDERED that all deadlines and hearings in this case are adjourned *sine die*.

IT IS FURTHER ORDERED that Defendants shall file a report on the status of the Bankruptcy Cases on or before July 1, 2021, and every three months thereafter, or within one week

1

of the termination of the Bankruptcy Cases or any order lifting the automatic stay with respect to this case.

**SO ORDERED.**

Date: April 1, 2021
     New York, NY

**MARY KAY VYSKOCIL**
United States District Judge