USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCOIS DENIMAL et al., | |
| Plaintiffs, | 1:20-cv-00968-MKV |
| -against- | |
| PRODIGY NETWORK, LLC et al., | **ORDER** |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

According to the Court's April 1, 2021 Order, "Defendants shall file a report on the status of the Bankruptcy Cases on or before July 1, 2021, and every three months thereafter, or within one week of the termination of the Bankruptcy Cases or any order lifting the automatic stay with respect to this case." [ECF No. 66]. Defendants failed to file the status update due October 1, 2024. Accordingly, IT IS HEREBY ORDERED that Defendants shall file, on or before October 25, 2024, a report on the status of the Bankruptcy Cases. All further status updates shall be filed in accordance with the April 1, 2021 Order.

**SO ORDERED.**

**Date: October 11, 2024**　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
**New York, NY**　　　　　　　　　　　　　　　　　**United States District Judge**